UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-20008-10-CM |
| | ) |
| RICARDO TORRES, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

NOW on this 30th day of June, 2016, the Court, upon a showing that Charles Atwell requires the assistance of co-counsel to adequately and effectively represent defendant in this complex case, hereby orders that Erin Thompson be appointed as co-counsel for Ricardo Torres pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: June 30, 2016 at Kansas City, Kansas

                                                           s/ James P. O'Hara
                                                          James P. O'Hara
                                                          U.S. Magistrate Judge